# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

LEOSVANY ARIAS-ROMAN

Petitioner

v.

STATE OF FLORIDA,

Respondent.

No. 2D2024-0746
_____

August 23, 2024

Petition for Writ of Certiorari to Circuit Court for Pinellas County; Pat Siracusa, Judge.

Sara Mollo, Public Defender, Sixth Judicial Circuit, and W. Randall Harper and Julia Seifer-Smith, Assistant Public Defenders, Clearwater, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Respondent.

PER CURIAM.

Denied.

NORTHCUTT, VILLANTI, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.